UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REDDY RAW, INC., <br><br> Plaintiff, <br><br> v. <br><br> C & B LOGISTICS LLC, <br><br> Defendant. | Case No.: 18-cv-7744-ER (SN) <br><br> [PROPOSED] <br> DEFAULT JUDGMENT |

This action having been commenced on August 24, 2018 by the filing of a Complaint, and the issuance of a Summons on August 27, 2018, and copies of the same having been served on Defendant, C & B Logistics LLC via service upon the New York Secretary of on September 12, 2018, and proof of service having been filed on September 18, 2018, and the time for Defendant to appear, answer or move against the Complaint having expired without an appearance by Defendant; pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55.2(a) of the Local Rules of Practice of the United States District Court for the Southern District of New York, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff Reddy Raw, Inc., have judgment against C&B Logistics in the liquidated amount of **$22,800.00**, prejudgment interest in the amount of **$3,013.35** from August 31, 2017 through February 18, 2019, amounting in all to **$25,813.35**, and accruing interest thereafter at $5.62 per day through date of judgment, plus

2

interest on the judgment at the legal rate until the judgment is satisfied; and disbursements in the amount of **$460.00** and that Plaintiff have execution therefore.

Dated: New York, New York
~~February ___, 2019~~
September 29, 2020

ENTERED:

HON. EDGARDO RAMOS
United States District Judge

2